# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PLEASANT,<br><br>            Petitioner,<br><br>      v.<br><br>D. DAYES,<br><br>            Respondent. | Case No.  1:15-cv-00339-AWI-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF Nos. 8 & 9 ) |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 8, 2015, Petitioner filed a motion to extend the time to file objections.  On June 11, 2015, Petitioner filed an identical motion to extend the time to file objections.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   **June 15, 2015**

UNITED STATES MAGISTRATE JUDGE

1